IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FARM CREDIT OF NORTHWEST FLORIDA, ACA**, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) CIVIL ACTION 08-0439-WS-C |
| **R & B CONSTRUCTION OF SOUTH ALABAMA, INC.,** *et al.*, | ) ) ) ) |
| **Defendants.** | ) |

**DEFAULT JUDGMENT**

In accordance with the separate Order entered on this date in the above-styled case, it is **ORDERED**, **ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** be, and the same hereby is, entered in favor of plaintiff, Farm Credit of Northwest Florida, ACA, and against defendants R&B Construction of South Alabama, Inc. and Rollin Rockett, jointly and severally, in the total amount of **$1,670,067.30**. Post-judgment interest will accrue on this amount at the statutory rate of **0.29%**.

It is further **ordered** that any recovery by plaintiff on either this default judgment or the consent judgment (doc. 27) previously entered against defendant Brandon Robertson in this case shall be credited against both judgments, inasmuch as both judgments represent compensation for the same losses and the same harms.

DONE and ORDERED this 24th day of November, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE